UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT A. TRICE, )<br>)<br>Defendant. ) | Criminal Action No. 3:20-CR-021-CHB<br><br>**ORDER FROM TELEPHONIC CONFERENCE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

A Telephonic Conference was held in this matter on January 29, 2021, before the Honorable Claria Horn Boom, United States District Judge, for the sole purpose of resetting the trial date. The Court's official reporter was April Dowell. The following counsel participated in the status conference.

For the United States:

    Erin G. McKenzie, Assistant United States Attorney

For the Defendant:

    Larry D. Simon, Appointed

Per joint motion by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.    The Court **RE-SETS** the **Jury Trial** for **May 10, 2021**, **at the hour of 9:30 a.m.**, at the Gene Snyder United States Courthouse in Louisville, Kentucky. Counsel shall be present in the courtroom at 9:00 a.m. The parties anticipate the trial to last three (3) days.

2.    The time between **the date of entry of this Order** and **May 10, 2021**, is **DECLARED** excludable in computing the time within which the trial must commence under the

- 2 -

Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(i).  Based on public health recommendations and the severity of risk posed to the public, the time period of the continuance shall be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuance outweigh the best interests of the public and the defendant's right to a more speedy trial. 18 U.S.C. § 3161(h)(7)(A). Furthermore, the failure to grant a continuance in this case would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

    This the 29th day of January, 2021.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:  Counsel of Record
      Jury Clerk

Court Time:  00/05

Court Reporter:  April Dowell